Continued to the next Term.

### WEED *vs.* BUTTERFIELD.

Evidence that the plaintiff had made a contract with A. to cut on the land of A. and draw and deliver to him a *quantity of spars—that the plaintiff had on such contract cut* and trimmed forty spars, which the defendant took and delivered to A. and received the money from A. for cutting and drawing the spars, will not support a declaration counting on a special promise by the defendant to deliver the plaintiff forty spars, nor a count for goods sold and delivered, as the spars taken were not the property of the plaintiff.

THIS was an action of *assumpsit.* The declaration contained *Franklin,* a count on a special promise by the defendant, to deliver to the December, plaintiff seventy-two spars, in consideration of seventy-two spars 1813 which the plaintiff had delivered to the defendant; and a count for goods, wares and merchandize sold and delivered.

Plea—*The General Issue.*

It appeared in evidence, that the plaintiff had made a contract with Heman Allen, to cut on Allen's land, and draw to a certain place for rafting, a quantity of spars.—That on this contract the plaintiff had cut and trimmed ready for drawing about forty spars. And that the defendant, who had made a similar contract with Allen, took the spars which the plaintiff had cut and trimmed, delivered them to Allen on his contract, and received his pay for cutting and drawing them.

*Franklin,*
*December,*
*1813.*

Weed
*vs*
Butterfield.

*Van Ness,* for the defendant, contended that the evidence in the case did not support the first count, as it did not prove the special promise as alleged; nor the second count for goods sold and delivered, for it appeared that the plaintiff was not the owner of the spars;—he could not be entitled therefore to recover the value of the spars, but only the value of the labour which he had bestowed on them.

*By the Court.* It is clear that the evidence does not support either count in the declaration. There ought to have been another count for work and labour, or a count for money had and received, as the defendant had received money for the cutting of the spars, which belonged to the plaintiff.

The plaintiff suffered a nonsuit.